**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| DERRICK L. HOWERTON, | ) | |
| *Plaintiff*, | ) | Case No. 1:26-cv-161 |
| v. | ) | Judge Atchley |
| BANK OF AMERICA, N.A., *et al.*, | ) | Magistrate Judge Dumitru |
| *Defendants*. | ) | |

# ORDER

On November 2, 2026, United States Magistrate Judge Mike J. Dumitru filed a Report and Recommendation [Doc. 15] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's Motions to Proceed in forma pauperis [Docs. 1 & 14] be denied and Plaintiff be given fourteen days to pay the filing fee in full. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Dumitru's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Dumitru's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 15]. Plaintiff's first and second applications to proceed in forma pauperis [Docs. 1 & 14] are **DENIED**. Plaintiff will have until **December 4, 2026**, to pay the filing fee in full. Plaintiff is put **ON NOTICE** that

[1] The Magistrate Judge advised that "any objection to this report and recommendation must be served and filed within 14 days after service of a copy of this recommended disposition on the objecting party." [Doc. 15 at 3 n.2]. The Magistrate Judge further noted that failure to file objections within this time frame waives the right to appeal the district court's subsequent order. [*Id.*]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

if the filing fee is not paid by December 4, 2026, this action will be dismissed without prejudice and all pending motions will be terminated as moot.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**